CMM:MEF/PGS
F.# 2026R00426/2025R00160

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

EDWIN GARAY-CHAVEZ,
        also known as "Spooky"
        and "Krueger,"

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

C O M P L A I N T

No. 26-MJ-139 (SIL)

(18 U.S.C. §§ 1959(a)(5) and 2)

EASTERN DISTRICT OF NEW YORK, SS:

        CHAD ASSENMACHER, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such.

        Upon information and belief, in or about and between January 2024 and March 2025, within the Eastern District of New York and elsewhere, the defendant EDWIN GARAY-CHAVEZ, also known as "Spooky" and "Krueger," together with others, for the purpose of gaining entrance to and maintaining and increasing his position in La Mara Salvatrucha, also known as the MS-13 street gang ("MS-13"), an enterprise that was engaged in racketeering activity, did knowingly and intentionally conspire and attempt to murder Carlos Lopez-Lopez, in violation of New York Penal Law Sections 125.25(1) and 105.15.

        (Title 18, United States Code, Sections 1959(a)(5) and 2)

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.    I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI") and I have been since October 2025.   Prior to that, from 1996 to 2023, I was Special Agent with the Drug Enforcement Administration ("DEA").   I am presently assigned to the Transnational Crime Task Force (the "Task Force"), which seeks to combat gang-related violence, including murders and assaults, as well as other dangerous gang activity, such as narcotics trafficking, weapons possession and trafficking, and money laundering, on Long Island and beyond.   The Task Force is comprised of law enforcement agents and officers from federal, state, and local agencies and police departments, including and especially the Nassau and Suffolk Police Departments ("NCPD" and "SCPD," respectively) and the New York State Police ("NYSP").   The information contained in this affidavit comes from my first-hand knowledge, participation in surveillance, conversations with witnesses, discussions with other agents and officers involved in the investigation, and review of reports and other evidence related to this investigation.

<u>La Mara Salvatrucha</u>

2.    Many of the cases investigated by the Task Force involve members of the MS-13, a transnational criminal organization.   The MS-13 constitutes an "enterprise" as defined in Section 1959(b)(2) of Title 18, United States Code, that is, a group of individuals associated in fact that engages in, and the activities of which affect, interstate and foreign commerce. Furthermore, the MS-13, through its members and associates, engages in racketeering activity, as

---

[1]    Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), that is, acts and threats involving murder, in violation of the laws of the State of New York, and narcotics trafficking, in violation of Title 21, United States Code, Sections 841 and 846. Over the past several years, dozens of MS-13 members have been indicted and convicted in the Eastern District of New York for, among other things, murder, attempted murder, conspiracy to commit murder, and assaults, all committed in violation of Title 18, United States Code, Section 1959(a).

3.      The MS-13, primarily comprised of immigrants from El Salvador and Honduras, has members located throughout Long Island and the United States. In the United States, major MS-13 chapters, or "cliques," have been established in New York, Maryland, Virginia, North Carolina, Texas, California and elsewhere. Following induction, members of the MS-13 sometimes signify their membership with gang-related tattoos. On Long Island, MS-13 cliques have been established in various towns including Hempstead, Freeport, Westbury, Roosevelt, Huntington, Brentwood and Islip. The cliques routinely hold meetings to plan criminal activity and members pay dues into a clique treasury. The treasury funds are used to purchase firearms and ammunition and to promote other illegal activity. Inter-clique meetings are used to coordinate criminal activities among different cliques. Participation in criminal activity by a member, especially violence directed at rival gangs or police informants, increases the respect accorded to that member and could result in a promotion to a leadership position. On Long Island, MS-13 members are frequently involved in violent altercations with members of rival gangs such as the 18th Street gang, the Latin Kings and the Bloods. Long Island MS-13 members have repeatedly carried out assaults, stabbings and shootings targeting members of rival gangs and others, including MS-13 members believed to be cooperating with law

4

enforcement.    Long Island MS-13 members have committed dozens of murders on behalf of the gang.

4.    The defendant EDWIN GARAY-CHAVEZ has been identified as a member of the Vegas Locos Salvatruchas ("Vegas") clique of the MS-13 through various sources of evidence, including cooperating defendants and confidential informants.[2]

Conspiracy to Kill Carlos Lopez-Lopez

5.    On or about March 4, 2025, Lopez-Lopez's lifeless body was found by a civilian witness on the beach next to the Blue Point Fishing Pier, located at 58 Blue Point Ave., New York, 11715.    At the time, Lopez-Lopez was lying face-down in the water on the shoreline, and he had visible lacerations to the head and face.    The investigation revealed that Lopez-Lopez, a member of the Carlington Locos Salvatruchas ("CALS") clique, was murdered on the evening of March 3, 2025.[3]

6.    The investigation revealed that Lopez-Lopez, who was suspected of being disloyal as well as cooperating with law enforcement, was first targeted by the gang in

---

[2]    The evidence obtained during the investigation, as set forth in this affidavit, includes information from three cooperating defendants (the "Cooperators"), who were members or associates of the MS-13.    Each of the Cooperators pleaded guilty to racketeering, including the predicate act of conspiring to kill Carlos Lopez-Lopez, also known as "Impaciente" ("Lopez-Lopez"), described in more detail herein, among other crimes.    These guilty pleas were made pursuant to cooperation agreements, and as a result, each of the Cooperators is hoping to receive a potentially lower sentence for their criminal conduct.    The information provided by the Cooperators has proven to be reliable and has been corroborated by independent sources of evidence collected during the investigation, including but not limited to the following: the statements of eyewitnesses; video surveillance; cell-site location information; and material lawfully seized from electronic devices and iCloud accounts.

[3]    On October 28, 2025, a grand jury sitting in this district returned a superseding indictment charging inter alia five defendants with conspiring to murder Lopez-Lopez, and three defendants with the substantive murder of Lopez-Lopez.    See United States v. Orellana-Aleman, et. al., 25-CR-209 (S-1) (GRB).

November 2023. Thereafter, MS-13 members and associates from several cliques, including the Vegas clique, the CALS clique, the Hollywood Locos Salvatruchas ("Hollywood") clique, the Huntington Locos Salvatrutchas ("Huntington") clique, the Fulton Locos Salvatruchas ("Fulton") clique, and the Cabanas Locos Salvatruchas ("Cabanas") clique, conspired to kill Lopez-Lopez, and made several attempts on his life. According to one of the Cooperators, and as confirmed by other confidential informants, several members and associates of the MS-13, including members of the Vegas clique, had dug a hole in a wooded location in Suffolk County for the purpose of later burying Lopez-Lopez's body. According to two of the Cooperators, GARAY-CHAVEZ was a member of this conspiracy, who not only attended meetings to discuss and plan Lopez-Lopez's murder, but also attempted to lure him to his death.

7.    On one such occasion, GARAY-CHAVEZ met with members and associates of the Vegas and Hollywood cliques in Suffolk County. The men separated into two vehicles, with the plan that GARAY-CHAVEZ would lure Lopez-Lopez out of his home and into one of the vehicles. At the time, GARAY-CHAVEZ had been appointed to this role because he was seeking a promotion in the gang. The goal at the time was to kidnap Lopez-Lopez and bring him to a more secluded location where he could be killed. At the time, one or more of the people in each vehicle was in possession of a firearm, including a gang member in the vehicle in which GARAY-CHAVEZ was riding. The group arrived to the vicinity of Lopez-Lopez's home in Suffolk County, and GARAY-CHAVEZ exited the vehicle and approached Lopez-Lopez's home. GARAY-CHAVEZ was in telephone communication with Lopez-Lopez, who ultimately did not come outside as planned. According to the Cooperators, had Lopez-Lopez come out of his home, the group would have executed their plan to kill him.

8.    On July 9, 2026, GARAY-CHAVEZ was arrested by members of the Task Force.

WHEREFORE, your deponent respectfully requests that the defendant EDWIN GARAY-CHAVEZ, also known as "Spooky" and "Krueger," be dealt with according to law.

CHAD ASSENMACHER
Special Agent, United States Department of Homeland Security, Homeland Security Investigations

Sworn to before me this
10 day of July, 2026

**/s/ STEVEN I. LOCKE**

THE HONORABLE STEVEN I. LOCKE
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK